**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Willie Hunter  Jr.
Attorney at Law
Post Office Box 3105
Monroe LA 71210-3105

**REHEARING ACTION: February 27, 2008**

**Docket Number: 07   01087-CA**

**IN RE:  ELIJAH HERRING**

**Appealed from Lafayette Parish Case No. 20066315**

**BEFORE JUDGES:**

      **Hon. Oswald A. Decuir**
      **Hon. Michael G. Sullivan**
      **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Elijah Herring** has this day been

      **DENIED.**

cc: Nicholas Gachassin  Jr., Counsel for the Appellee
    Marc W. Judice, Counsel for the Appellee